UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

         v.               CASE NO. 09cr20042-002

DONNA CRAWFORD                                             DEFENDANT

## O R D E R

Currently before the Court is a motion by Defendant for early termination of her term of supervised release (doc. 56). Also before the Court is the Government's response (doc. 57). Defendant indicates that she has completed the terms of her supervised release. The Government advises it does not object to termination of supervised release.

The Court finds that the conduct of the Defendant and the interest of justice warrant GRANTING the motion. *See* 18 U.S.C. § 3583(e)(1). Accordingly, Defendant's term of supervised release is hereby terminated.

IT IS SO ORDERED this 17th day of April, 2013.


                                    /s/ Robert T. Dawson
                                    HONORABLE ROBERT T. DAWSON
                                    UNITED STATES DISTRICT JUDGE